UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER *13* |
| | ) | |
| ***CHERYL HOLIDAY*** | ) | CASE NO. 13-76998-MHM |
| | ) | |
| Debtor | ) | |
| - - - - - - - - - - - - - - - - - - - | )- - - - - - - - - - - - - - - - - | |
| | ) | |
| ***CHERYL HOLIDAY*** | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| ***BANK OF AMERICA HOME LOANS,*** | ) | |
| | ) | |
| Respondent | ) | |

## MOTION TO DETERMINE SECURED STATUS OF CLAIM AND TO STRIP LIEN

COMES NOW the Movant, Cheryl Holiday (hereinafter referred to as "Movant" or "Debtor"), in the above-styled Chapter 13 case, by and through counsel, and files this Motion to Determine Secured Status of Junior Security Interest and/or Lien Pursuant to 11 U.S.C. § 506 ("Motion") and shows this Court the following:

1.

This Motion is filed pursuant to 11 U.S.C. § 506(a) and (d), 11 U.S.C. § 1322 (b)(2w), and Fed.R.Bankr.P. 3012 and 9014 to treat junior security interest and/or lien held by Respondent in Movant's residential real property, located at 6420 Wedgewood Trace, Tucker, GA 30084, as a non-priority, unsecured liability for all purposes within the underlying Chapter 13 proceeding, with the voiding

and extinguishment of Respondent's security interest upon Movant receiving a Chapter 13 Discharge in this case.

2.

Jurisdiction is proper in the Court pursuant to 28 U.S.C. § 151, 157 and 1334.

3.

Venue is proper in this Court pursuant to 28 U.S.C. §1409.

4.

Movant filed a Voluntary Petition for relief under Chapter 13 of Title 11 of the United States Code on December 16, 2013, and is eligible for relief under 11 U.S.C. §109.

5.

Movant's residence (hereinafter referred to as "the residence") is located at 6420 Wedgewood Trace, Tucker, GA 30084.

6.

Movant's ownership interests in the residence is subject to two (2) separate mortgages in the form of deeds to secure debt as follows:

1) Movant's interest in the residence is subject to a first lien arising out of a mortgage in favor of Select Portfolio Servicing, with an outstanding balance of $98,064.00.   Proof of claim has not yet been filed.

2) Movant's interest in the residence is subject to a second junior lien arising out of a mortgage in favor of Respondent, with an outstanding balance of $19,071.00  Proof of claim has not yet been filed.

7.

Movant has scheduled the value of the residence at the time of filing of this case at $53,000.00.

8.

According to Zillow (www.zillow.com), the value of residence was estimated online to be $53,568.00.  (Exhibit A).

8.

Pursuant to 11 U.S.C. § 506(a), Respondent's second-priority mortgage referenced above is wholly unsecured.  Pursuant to 11 U.S.C. § 506(d), the lien is subject to a "lien strip" and is void.

9.

Respondent, holding wholly unsecured and void second-priority lien, should be ordered to execute a lien release pursuant to the Eleventh Circuit's holding in the case of In re Tanner, 217 F.3d 1357 (11th Circ. 2000).  11 U.S.C. § 1322(b)(2) states:

11 U.S.C. § 1322. Contents of Plan

SUBCHAPTER II – THE PLAN

(b) Subject to subsections (a) and (c) of this section, the plan may –

(2) modify the rights of holders of secured claims, other than a claim secured only by a security interest in real property that is the debtor's principal residence, or of holders of unsecured claims, or leave unaffected the rights of holders of any class of claims.

WHEREFORE, Movant respectfully pray for the following relief:

a)  That this Motion be filed, read, and considered;

b)  That this Honorable Court "strip off" and extinguish Respondent's wholly unsecured second mortgage lien pursuant to 11 U.S.C. § 506(a); and

c) That effective upon entry of a discharge in the Debtor's Chapter 13 case, the lien of Bank of America Home Loans, be voided without further Order pursuant to 11 U.S.C. §506(d); and

d) That should the Respondent file a Claim in the instant Chapter 13 case, it be reclassified as a general, unsecured Claim to receive a pro rata distribution with other general unsecured creditors through the Movant's Chapter 13 Plan; and

e) That this Honorable Court grant such further relief as it may deem just and proper.

This 2nd day of January 2014.

Respectfully submitted,

By: /s/_____
Dan Saeger
Attorney for Debtor
Georgia Bar No. 680628

RICKMAN & ASSOCIATES, PC
1325 Satellite Blvd, Suite 1406
Suwanee, Georgia 30060
(P) 678-500-9546
(F) 678-391-4422
bk@thegeorgialawfirm.com

"EXHIBIT A"

Homes Rentals Mortgage Rates Advice Find a Pro Local Info Digs™ More For Pros Sign In

Location: 6420 Wedgewood Trace Tucker GA

Georgia Tucker 30084 6420 Wedgewood Trce Views: 10

# 6420 Wedgewood Trce, Tucker, GA 30084

**Not for Sale**

Zestimate:$53,568

Rent Zestimate:$819/mo

Est. Refi Payment:$215/mc

See current rates on Zillow

Map | Bird's Eye | Street View

| | |
|---|---|
| **Bedrooms:** | 2 beds |
| **Bathrooms:** | 2.5 baths |
| **Condo:** | 1,200 sq ft |
| **Lot:** | 436 sqft |
| **Year Built:** | 1987 |
| **Last Sold:** | Sep 2006 for $100,000 |
| **Heating Type:** | Forced air |

Correct home facts | Save this home | Get updates | Email | more

## Get a professional estimate

**Sally English**
(11)
70 Recent sales
(404) 348-8945

**James Massey**
(2)
(678) 858-9910

**Charles Watson**
(2)
1 Recent sales
(404) 907-1432

Your Name

Phone

Email Address

I own this home and would like a professional estimate at 6420 Wedgewood Trce, Tucker, GA 30084.

Contact Agent

Learn how to appear as the agent above

## Description

This 1200 square foot condo home has 2 bedrooms and 2.5 bathrooms. It is located at 6420 Wedgewood Trce Tucker, Georgia.

| | | |
|---|---|---|
| **Cooling** Central | **Parking** Unknown | **Basement Type** Unknown |
| **Fireplace** Yes | **Floor Covering** Unknown | **Attic** Unknown |

County website See data sources

## Zestimates

| | Value | Range | 30-day change | $/sqft | Last updated |
|---|---|---|---|---|---|
| **Zestimate** | $53,568 | $49K – $61K | +$810 | $44 | 12/29/2013 |
| **Rent Zestimate** | $819/mo | $745 – $1K/mo | -$4 | $0.68 | 12/23/2013 |
| **Owner tools** | Post your own estimate | | | | |
| **Market guide** | Zillow predicts 30084 home values will rise 4.6% next year, compared to a 4.5% increase for Tucker as a whole. Among 30084 homes,… more | | | | |

## Similar Homes for Sale

6381 Wedgewood Trce …
**For Sale:** $59,900
Beds: 2 Sqft: 1054
Baths: 2.0 Lot: --

1369 Branch Dr # 1369, …
**For Sale:** $48,000
Beds: 2 Sqft: 1170
Baths: 2.0 Lot: --

See listings near 6420 Wedgewood Trce



**Certificate of Service**

  I, **Dan Saeger**, certify that I am over the age of 18 and that on **January 2, 2014,** I served a copy of the foregoing **Order and Notice Regarding Strip Lien Motion** by first class U. S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated below.  Respondent has been served by Certified Mail in accordance with Fed. R. Bankr. P. 7004(b)(3) and 7004(h) respectively.

Cheryl Holiday
Debtor
6420 Wedgewood Trace
Tucker, GA 30084

Adam M. Goodman
Adam M. Goodman
Chapter 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

Bank of America Home Loans
CEO Kevin Watters
3415 Vision Drive
Columbus, OH 43219

Bank of America Home Loans
PO Box 650070
Dallas, TX 75265-0070

Bank of America Home Loans
4161 Piedmont Parkway
Greensboro, NC 27410

Select Portfolio Servicing
3815 S West Temple Street
Salt Lake City, UT 84115

Select Portfolio Servicing, Inc.
CEO - Mr. Matt Hollingsworth
3815 S. West Temple
Salt Lake City, UT 84115-4412

This 2nd day of January 2014.

_____

**DAN SAEGER**
Counsel for Movant
Georgia Bar Number 680628
**RICKMAN & ASSOCIATES, PC**
**1325 Satellite Blvd, Suite 1406**
**Suwanee, Georgia 30060**
**(P) 678-500-9546**
**(F) 678-391-4422**
**bk@thegeorgialawfirm.com**